Thomas P. WARD, Petitioner,

v.

COMMISSIONER OF INTERNAL REV-
ENUE, Respondent.

No. 19200.

United States Court of Appeals
Fifth Circuit.

March 30, 1962.

Thomas P. Ward, Jacksonville, Fla., for petitioner.

Earl J. Silbert, Atty., Dept. of Justice, Washington, D. C., Crane C. Hauser, Chief Counsel, I. R. S., Rollin H. Transue, Atty., I. R. S., Washington, D. C., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, Atty., Dep. of Justice, Washington, D. C., for respondent.

Before RIVES, JONES and GEWIN, Circuit Judges.

PER CURIAM.

The Tax Court dismissed the petition before it for lack of jurisdiction. We are convinced, after a careful review of the record, that the Tax Court could not have done otherwise. Its decision is correct and is

Affirmed.

Bobby Eugene WAGNER, Appellant

v.

UNITED STATES.

No. 17028.

United States Court of Appeals
Eighth Circuit.

March 27, 1962.

William B. Anderson, St. Louis, Mo., for appellant.

D. Jeff Lance, U. S. Atty., for appellee.

PER CURIAM.

Appeal from District Court docketed and dismissed for failure to prosecute appeal on motion of appellee.